```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| JENNIFER KASILAG, et al., <br><br>                    Plaintiffs, <br>         v. <br><br> HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, <br><br>                    Defendant. | Civil No. 11-1083-RMB-KMW |
| JENNIFER KASILAG, et al., <br><br>                    Plaintiffs, <br>         v. <br><br> HARTFORD FUNDS MANAGEMENT COMPANY, LLC, <br><br>                    Defendant. | Civil No. 14-1611-RMB-KMW |

**<u>AMENDED SCHEDULING ORDER</u>**

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **May 18, 2015**; and the Court noting the following appearances: Robert L. Lakind, Esquire, and Andrew Robertson, Esquire, both appearing on behalf of the plaintiffs; and Robert Hora, Esquire, appearing on behalf of the defendants,

IT IS this **18th** day of **May**, **2015**, hereby **ORDERED**:

1. **<u>Dispositive Motions</u>**. Dispositive motions shall be filed with the Clerk of the Court no later than **June 5, 2015.** Opposition to the motion should be served no later than **July 8, 2015;** and reply briefs are to be served no later than **July 22, 2015.** Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice - Generally).

2. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned

and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under F$_{\text{ED}}$. R. C$_{\text{IV}}$. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                                    s/ Karen M. Williams
                                                    KAREN M. WILLIAMS
                                                    United States Magistrate Judge

cc: Hon. Renée M. Bumb